

**FILED**

APR 0 6 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 22-114 C |
| -vs- | ) | |
| | ) | |
| ROBERT LEE HARRISON, JR., | ) | **Violations:** 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 2119(2) |
| Defendant. | ) | 18 U.S.C. § 1201(a)(1) |
| | ) | 18 U.S.C. § 1201(d) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
### (Felon in Possession of Ammunition)

On or about March 11, 2022, in the Western District of Oklahoma,

-------------------------------- **ROBERT LEE HARRISON, JR.,** --------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and intentionally possessed ammunition, that is, two Sellier & Bellot .45 Auto spent cartridge cases, which were in and affecting interstate commerce in that said ammunition had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 2
### (Carjacking)

On or about March 11, 2022, in the Western District of Oklahoma,

-------------------------------- **ROBERT LEE HARRISON, JR.,** --------------------------------

with the intent to cause death and serious bodily harm, attempted to take a motor vehicle, to wit, a 2015 Chevrolet Equinox that had been transported, shipped, and received in interstate commerce, from the person and in the presence of T.C. by force, violence, and intimidation, resulting in serious bodily injury that caused a substantial risk of death to T.C.

All in violation of Title 18, United States Code, Section 2119(2).

## COUNT 3
### (Kidnapping)

On or about March 11, 2022, in the Western District of Oklahoma,

-------------------------------- **ROBERT LEE HARRISON, JR.,** --------------------------------

unlawfully and willfully, and for some purpose or benefit, attempted to and did seize, confine, kidnap, abduct, and carry away T.C., and in committing or in furtherance of the commission of the offense, used means, facilities, and instrumentalities of interstate commerce, to wit, a 2015 Chevrolet Equinox and two Sellier & Bellot .45 Auto spent cartridge cases.

All in violation of Title 18, United States Code, Sections 1201(a)(1) and 1201(d).

## COUNT 4
**(Use and Discharge of a Firearm During and in Relation to a Crime of Violence)**

On or about March 11, 2022, in the Western District of Oklahoma,

-------------------------------- **ROBERT LEE HARRISON, JR.,** --------------------------------

knowingly used and discharged a firearm during and in relation to a crime of violence for

which he may be prosecuted in a court of the United States, that being carjacking as charged

in Count 2.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:


FOREPERSON OF THE GRAND JURY


ROBERT J. TROESTER
United States Attorney


JACQUELYN M. HUTZELL
DAVID NICHOLS
Assistant United States Attorneys