UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>Plaintiff(s)<br><br>vs.<br><br>Robert Lee Harrison, Jr.,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)   CASE NO.  CR-22-114-F<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given that  Robert Lee Harrison, Jr.

Plaintiff(s)  ✗ Defendant(s) in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on October 24, 2023 (Doc. 79) .

/s Craig M. Hoehns
Signature

Craig M. Hoehns
Printed Name

3801 N. Classen Blvd, Ste. 250
Mailing Address

Oklahoma City, OK 73118
City, State, Zip

405-535-2005                405-543-1354
Phone No.                   Fax No.

craig.hoehns@hoehnslaw.com
Email Address

Rvsd 10-09